

FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0396

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0396

_____

IN RE MARRIAGE OF:

CLINTON ANDERSON,

      Petitioner and Appellee,

and

ANGELINA ROSE RUFFATTO,

      Respondent and Appellant.

_____

**O R D E R**

FILED

FEB 1 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Angelina Rose Ruffatto has filed a third motion for extension of time to file an opening brief. Good cause appearing.

IT IS ORDERED that the Motion for Extension of Time is GRANTED. Ruffatto shall have until March 21, 2025, to prepare, file, and serve her opening brief.

The Clerk is directed to provide copies of this Order to counsel of record and to Angelina Rose Ruffatto.

DATED this 18 day of February, 2025.

For the Court,

By _____
          Chief Justice